NO. 07-10-0522-CV
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL B
 
--------------------------------------------------------------------------------
JUNE 14, 2012
--------------------------------------------------------------------------------

 
 J. P. RATIGAN, INC., 
 
 Appellant 
 v.
 
 MANUEL ZUBIA, ET AL., 
 
 Appellees
 _____________________________
 
 FROM THE 286TH DISTRICT COURT OF HOCKLEY COUNTY;
 
 NO. 05-07-20077; HONORABLE PAT PHELAN, PRESIDING

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------
On Motion to Dismiss
--------------------------------------------------------------------------------

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant J.P. Ratigan, Inc. has filed a motion to dismiss his appeal, signed by appellant's attorney, because appellant and appellees have entered into a written settlement agreement whereby appellees agreed to accept the sums set forth in the agreement as full and final satisfaction of the judgment entered against appellant. Without passing on the merits of the case, we grant the motion to dismiss with prejudice pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellants request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

 Per Curiam